IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carolyn M. Gerkens,<br><br>    Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of<br>Social Security Administration,<br><br>    Defendant. | Civil Action No. 4:17-3503-BHH<br><br>**ORDER** |

On August 6, 2021, counsel for Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). In the motion, counsel requests reimbursement for representation provided in the above-captioned case in the amount of $11,331.00. As required by 42 U.S.C. § 406(b), the amount requested by counsel is not greater than twenty-five percent (25%) of the past-due benefits recovered by Plaintiff.

On September 1, 2021, counsel for the Commissioner of Social Security ("Commissioner") filed a response to the motion, indicating that the Commissioner does not object to the motion and clarifying that the requested fees are for court time only. (ECF No. 37.)

The Court has reviewed the motion and exhibits, as well as the Commissioner's response, and finds that counsel's request for fees is reasonable. Accordingly, it is **ORDERED** that Plaintiff's counsel's motion for $11,331.00 in attorney's fees pursuant to 42 U.S.C. § 406(b) (ECF No. 35) is **GRANTED**.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

September 13, 2021
Charleston, South Carolina